■ MARCUS DEONARINE, Respondent, v MONTEFIORE MEDICAL CENTER, Appellant. [978 NYS2d 839]—

The court properly denied the motion to dismiss the complaint inasmuch as it was based solely on defendant's assertion that plaintiff would be unable to make out a prima facie case at trial by reason of his anticipated "unavailability to testify as a result of his imminent deportation." Accordingly the motion was actually a prematurely made motion for judgment pursuant to CPLR 4401, which has to await the close of plaintiff's case at trial even if plaintiff's ultimate success in the action is improbable (*see Cass v Broome County Coop. Ins. Co.*, 94 AD2d 822, 823 [3d Dept 1983]). The court's denial of defendant's motion to preclude was effectively an evidentiary ruling made in advance of trial and, as such, is not appealable (*see Balcom v Reither*, 77 AD3d 863, 864 [2d Dept 2010]). We have considered defendant's remaining contentions and find them to be without merit. Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Richter, JJ.